# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest to National City Bank,<br><br>                          Plaintiff,<br><br>v.<br><br>Des Plaines Yamaha & Suzuki, Inc.; Chicago Title Land Trust Company, as Successor Trustee to Harris Trust and Savings Bank as Trustee under Trust Agreement dated August 1, 1967, and known as Trust No. 32873; Beneficiaries of Chicago Title Land Trust Company, as Successor Trustee to Harris Trust and Savings Bank as Trustee Under Trust Agreement Dated August 1, 1967 and known as Trust No. 32873; Harvey Fields; Reid Fields; Betty J. Fields; Blanche Fields,<br><br>                          Defendants. | Case No. 1:12 cv 07948<br><br>Assigned Judge: James B. Zagel<br><br>Magistrate Judge: Mary M. Rowland<br><br>Property Address:<br>1529 Rand Road<br>Des Plaines, Illinois 60016 |

## NOTICE OF MOTION

To:    See Attached Service List

     **PLEASE TAKE NOTICE** that on **October 1, 2013**, at the hour of **9:30 a.m.**, counsel shall appear before the Honorable Judge James B. Zagel sitting in Courtroom 2503 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present PNC Bank's Motion to Confirm Special Commissioner's Sales, to Approve Post Judgment Costs and Fees, to Award Possession, and to Discharge Receiver, and a Petition and Affidavit of Post Judgment Attorneys' Fees and Costs, true and correct copies of which are enclosed and shall request a hearing thereon *instanter*.

                                                  PNC Bank, National Association, Successor In Interest
                                                To National City Bank,


                                                By: /s/ Christopher S. Fowler
                                                     One of its Attorneys

Patrick D. Lamb (ARDC #3128062)
Christopher S. Fowler (ARDC #6282889)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
cfowler@crowleylamb.com

## CERTIFICATE OF SERVICE

      I, Allyson M. Coan, a non-attorney state that I served this Notice and a copy of PNC Bank's Motion to Confirm Special Commissioner's Sales, to Approve Post Judgment Costs and Fees, to Award Possession, and to Discharge Receiver, and a Petition and Affidavit of Post Judgment Attorneys' Fees and Costs via the Court's CM/ECF electronic filing system on September 24, 2013 and to the persons on the attached service list, by U.S. Mail, proper postage prepaid, at 221 North LaSalle Street, Chicago, Illinois 60601, on September 24, 2013 prior to the hour of 5:00 p.m.

*/s/ Allyson M. Coan*

Subscribed and sworn to
before me this 24th day
of September, 2013.

*/s/ Louise C. Uribe*
Notary Public

OFFICIAL SEAL
LOUISE C URIBE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/15

Patrick D. Lamb (ADRC #3128062)
Christopher S. Fowler (ARDC #3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
cfowler@crowleylamb.com

## SERVICE LIST

Des Plaines Yamaha & Suzuki
c/o Harvey Fields, President
1350 Sherwood Road
Glenview, Illinois 60025

Des Plaines Yamaha & Suzuki
c/o HWM Lewis, Registered Agent
21 S. Clark St., Ste. 3375
Chicago, Illinois 60603

Chicago Title Land Trust Company
as Successor Trustee to Harris Trust
and Savings Bank as Trustee Under
Trust Agreement dated August 1, 1967
and known as Trust No. 32873
a/k/a CT 0003287
Attn: Janice Pucci
171 N. Clark St., Ste. 575
Chicago, Illinois 60601

Beneficiaries of Trust Agreement
dated August 1, 1967and known as
Trust No. 32873
a/k/a CT 0003287
Attn: Janice Pucci
171 N. Clark St., Ste. 575
Chicago, Illinois 60601

Harvey Fields
1315 Sherwood Road
Glenview, Illinois 60025

Reid Fields
601 Marshall Road
Northbrook, Illinois 60062

Daniel J. Hyman
Millennium Properties R/E, Inc.
200 W.Madison
36th Floor
Chicago, IL 60606

Betty J. Fields
333 Satinwood Ct., S.
Buffalo Grove, IL 60089

Blanche Fields
1315 Sherwood Road
Glenview, Illinois 60025